AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Ariel Durr<br>*Plaintiff*<br>v.<br>Diversified Health Management, Inc<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:20-cv-5429<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiff is entitled to a total of $11,063.52 in damages; $7,795.00 in attorney's fees; and $526.80 in costs. The total amount awarded is $19,385.32.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael H. Watson on a motion for Default Judgment.

Date: 3/30/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*